IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE M. DELALLA, et al. : CIVIL ACTION
:
v. :
: NO. 10-858
HANOVER INSURANCE, et al. :

## ORDER

AND NOW, this 17th day of August, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Plaintiffs' Motion for Recusal (Doc. No. 14) is DENIED.

2. Within ten (10) days, Plaintiffs shall file a memorandum showing cause why the Complaint should not be dismissed with prejudice.

3. Defendants may respond within seven (7) days thereafter.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-858 Delalla v. Hanover\Delalla v. Hanover - Order recusal amend complaint.wpd